■ In the Matter of PRATAB CHANDRA MAHADEO, for Admission as an Attorney.—Motion to renew application for admission to Bar of the State of New York denied. Concur—Murphy, P. J., Sullivan, Carro, Asch and Wallach, JJ.

■ In the Matter of JIMMIE L. ENGRAM, an Attorney.— Motion to be readmitted to practice granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Kupferman, J. P., Ross, Asch, Milonas and Ellerin, JJ.

(May 3, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GILES, Appellant.—Appeal from a judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered January 10, 1986, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree (two counts) and criminal possession of a controlled substance in the seventh degree and sentencing him, as a predicate violent felon, to concurrent terms of from 3½ to 7 years' imprisonment and one year, respectively, which was held in abeyance and remanded for a *Mapp* hearing upon remittitur (73 NY2d 666 *[revg* 137 AD2d 1]), is unanimously dismissed on the ground that defendant has absconded and is thus unable to obey the mandate of the court. *(See, People v Hutchings,* 40 NY2d 836; *People v White,* 49 AD2d 719; *People v Ramos,* 133 AD2d 589.)* Concur—Murphy, P. J., Ross, Carro, Kassal and Ellerin, JJ.